UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

A.B.,

       Plaintiff,

          – against –

HOFSTRA UNIVERSITY,

       Defendant.

---------------------------------------X

ORDER
17-CV-5562 (JFB) (GRB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 29 2017 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

    I recuse myself pursuant to 28 U.S.C. § 455. The Clerk of the Court shall randomly reassign this matter to another District Judge.

                                  SO ORDERED.

                                  s/Joseph F. Bianco
                                  JOSEPH F. BIANCO
                                  UNITED STATES DISTRICT JUDGE

Dated:    September 29, 2017
             Central Islip, New York