UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JEFFREY MENAKER,

                    Plaintiff,            **JUDGMENT**
                                                                  CV 17-5562 (DRH) (AYS)

    - against –

HOFSTRA UNIVERSITY,

                    Defendant.
---------------------------------------------------------X

    A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on September 26, 2018 granting Defendants' motion to dismiss for failure to state a claim, and directing the Clerk of Court to close this case, it is

    **ORDERED AND ADJUDGED** that Plaintiff Jeffrey Menaker take nothing of Defendant Hofstra University; that Defendant's motion to dismiss pursuant to Rule 12(b)(6) is granted as to all claims; and that this case is closed.


Dated: Central Islip, New York
          September 27, 2018

                                                                 **DOUGLAS C. PALMER**
                                                                  **CLERK OF THE COURT**

                                                                  /s/ Chelsea Tirado
                                                                  Deputy Clerk