# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of January, two thousand twenty.

Before:  José A. Cabranes,
      Peter W. Hall,
       *Circuit Judges,*
      Timothy C. Stanceu,
       *Judge.\**

_____

Jeffrey Menaker,

    Plaintiff - Appellant,

v.

Hofstra University,

    Defendant - Appellee.

_____

**STATEMENT OF COSTS**

Docket No. 18-3089

  IT IS HEREBY ORDERED that costs are taxed in the amount of $1,294.60 in favor of the Appellant.

              For the Court**:**

              Catherine O'Hagan Wolfe,
              Clerk of Court

_____
*Timothy C. Stanceu, Chief Judge of the United States Court of International Trade, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/03/2020