UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEFFREY MENAKER,

                                Plaintiff,

-against-                                  Case No. 2:17-cv-05562 (DRH)(AYS)

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

HOFSTRA UNIVERSITY,

                                Defendant
-----------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, that all claims in this action against Hofstra University are dismissed with prejudice, with neither party as a prevailing party and with each party to bear his or its own costs and attorneys' fees incurred in connection with this action.

February 11, 2020
Dated: ~~November ____, 2019~~

OFFIT KURMAN, P.A.

By: _____
Stephen Houck
10 East 40th Street
New York, New York 10016
(212) 545-1900
Attorneys for Plaintiff

Dated: ~~November~~ February 11, 20~~19~~ 20.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Jill L. Rosenberg
51 West 52nd Street
New York, NY 10019
jrosenberg@orrick.com
212-506-5000
Attorneys for Defendant

So Ordered:

_____
U.S.D.J.